PROB 12C
(7/93)

Report Date: August 27, 2010

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**AUG 2 7 2010**

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert Joseph Brown, Jr.    Case Number: 2:08CR02045-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Chief U.S. District Judge

Date of Original Sentence: 5/14/2009

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 21 Months; TSR - 36 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Jane Kirk | Date Supervision Commenced: | 9/30/2009 |
| Defense Attorney: | Diane E. Hehir | Date Supervision Expires: | 9/29/2012 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Brown provided the following random urinalysis tests: on July 15, 2010, that was confirmed positive for amphetamines by the lab on July 22, 2010; on July 21, 2010, that was confirmed positive for amphetamines by the lab on July 29, 2010; and on August 6, 2010, that was confirmed positive for amphetamines by the lab on August 14, 2010. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

Prob12C
Re: Brown, Robert Joseph
August 27, 2010
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/27/2010

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

8/27/10
Date