PROB 12C
(7/93)

Report Date: August 30, 2010

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 30 2010

JAMES R LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert Joseph Brown                Case Number: 2:08CR02045-001-LRS

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Chief U.S. District Judge

Date of Original Sentence: 5/14/2009

Original Offense:        Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:       Prison - 21 Months; TSR - 36         Type of Supervision: Supervised Release
                         Months

Asst. U.S. Attorney:     Gregory M. Shogren                   Date Supervision Commenced: 9/30/2009

Defense Attorney:        Diane E. Hehir                       Date Supervision Expires: 9/29/2012

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number        Nature of Noncompliance

2                       **Mandatory Condition #3**: The defendant shall not illegally possess a controlled substance.

                        **Supporting Evidence**: On August 30, 2010, Robert Brown was found to be in possession of methamphetamine, and drug paraphernalia.

                        On August 30, 2010, a search of the defendant's residence was conducted by the U.S. Probation Office. During the search the following items were recovered from his home: a plastic baggie containing a white crystal substance which field tested positive for methamphetamine; a glass pipe with white powdery residue; a spoon with white powdery residue; a black glass with brown residue which field tested positive for marijuana. Upon questioning, the defendant admitted that the methamphetamine and drug paraphernalia belonged to him.

3                       **Mandatory Condition #4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

Prob12C
Re: Brown, Robert Joseph
August 30, 2010
Page 2

      **Supporting Evidence**: Robert Brown used methamphetamine on or about August 29, 2010. A urinalysis test was collected from the defendant on August 30, 2010, and sent to Alere Laboratories for testing.

      On August 30, 2010, the defendant admitted to the undersigned officer that he had smoked methamphetamine on August 29, 2010.

4      **Special Condition #17**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

      **Supporting Evidence**: Robert Brown failed to attend his intensive outpatient treatment group sessions on August 25, and 27, 2010.

      On August 27, 2010, personnel from Merit Resource Services contacted the U.S. Probation Office and reported the defendant had failed to show for his intensive outpatient treatment group sessions on August 25, and 27, 2010.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 30, 2010

s/Jose Vargas

Jose Vargas
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

8/30/10
Date